## UNITED STATES *v.* STAFFORD.

CERTIFICATE OF DIVISION IN OPINION FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF TENNESSEE.

No. 105. Argued January 20, 1873. — Decided January 27, 1873.

A certified question is answered coupled with a statement that, through subsequent legislation, it has ceased to be of any importance.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

We are all of the opinion that the question certified in this case must be answered in the negative. As the act of Congress has been so modified that the question has ceased to be of any importance, no comment is thought necessary.

*Mr. Attorney General* and *Mr. Solicitor General* for plaintiff.

*Mr. John P. Murray* for defendant.